STATE of Missouri, Respondent,

v.

Roger LYTLE, Appellant.

No. WD 38626.

Missouri Court of Appeals,
Western District.

March 3, 1987.

Nancy A. McKerrow, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before PRITCHARD, P.J., and
MANFORD and BERREY, JJ.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for two counts of selling a controlled substance, in violation of § 195.017.2(4)(j), RSMo 1978, and § 195.020.1, RSMo Supp. 1984.

Judgment affirmed. Rule 30.25(b).